IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PAMELA BRANT,
Plaintiff

Vs.

U.S. COAST GUARD
EXCHANGE SYSTEMS,
Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CA# 04-10002 PBS

## VOLUNTARY DISMISSAL

The Plaintiff, pursuant to Rule 41(a)(1) hereby withdraws her Complaint.

Respectfully submitted,
Pamela Brant by her attorney,

William J. Gately, Jr. Esq.
Law Offices William J. Gately, Jr.
171 Pleasant Street
Fall River, MA  02721
(508) 324-1700
BBO No: 186900

LAW OFFICES
# WILLIAM J. GATELY, JR., P.C.
171 PLEASANT STREET
FALL RIVER, MASSACHUSETTS 02721
TELEPHONE (508) 324-1700
FAX (508) 324-1778

WILLIAM J. GATELY, JR.

PROVIDENCE, RI
CAPE COD, MA

FILED
IN CLERKS OFFICE

2004 APR -5 P 3: 13

DISTRICT COURT
DISTRICT OF MASS.

April 2, 2004

United States District Court
One Courthouse Way
Boston, MA  02210

Attn:  Civil Clerk

Re:  Pamela Brant
Vs:  U.S. Coast Guard Exchange Systems  PBS

Dear Sir/Madam:

Enclosed for filing, please find the following:

1.  Voluntary Dismissal.

Should you have any questions, please contact my office.

Very truly yours,

William J. Gately, Jr.

WJG:dms
Enclosure

c:  Attorney Greg Unger, 3045 Ridgelake Drive, Suite 201,
    Metairie, LA  70002

ADMITTED IN MASSACHUSETTS AND RHODE ISLAND